**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Villareal, Jr., | No. CV-20-00519-PHX-GMS (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

This matter is before the Court on its own review. On March 11, 2021, Plaintiff filed a pro se civil rights Complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). The Court screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A(a) and ordered Defendants Shinn, Thomas, and Herman to answer (Doc. 6 at 17). The Court further instructed the Plaintiff that all Defendants must be served within 90 days of the filing of the Complaint or within 60 days of the filing of the Court's Order, whichever is later (Id. at 18). Failure to comply with the Court's Order may result in dismissal of the case (Id. at 17). On August 4, 2020, Defendants Shinn and Herman were served (Docs. 10, 11). On August 24, 2020, Defendants Shinn and Herman filed an Answer (Doc. 12).

No affidavit of service has been filed as to Defendant Thomas, and the time for service of process has passed. *See* Fed. R. Civ. P. 4(m). Accordingly,

**IT IS ORDERED** that by **August 2, 2021** Plaintiff either file an affidavit of service

or show good cause why this case should not be dismissed without prejudice as to Defendant Thomas for failure to timely serve pursuant to Fed. R. Civ. P. 4(m).

Dated this 13th day of July, 2021.

Honorable Eileen S. Willett
United States Magistrate Judge