**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Villareal, Jr.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>　　　　　Defendants. | No. CV-20-00519-PHX-GMS (ESW)<br><br>**ORDER** |

　　　The Court has considered Defendants' "Motion for Extension to File Reply to Plaintiff's Response (Doc. 82) to Defendants Motion to Reopen Scheduling Order (Doc. 81)" (Doc. 83).  Good cause appearing,

　　　IT IS ORDERED granting the Defendants' "Motion for Extension to File Reply to Plaintiff's Response (Doc. 82) to Defendants Motion to Reopen Scheduling Order (Doc. 81)" (Doc. 83).  Defendants shall file their reply to Defendants' Motion to Reopen Scheduling Order and Allow Filing of Additional Dispositive Motion(s) (Doc. 81) no later than **January 25, 2023**.

　　　Dated this 19th day of January, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Eileen S. Willett*
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge